IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Kathy Reaves, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 4:08-1989-TLW-SVH |
| ) | |
| ) | |
| Robert A. Covington, ) | |
| ) | |
| Defendants. ) | |
| ———————————————— ) | |

## ORDER

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Shiva V. Hodges, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that this action be dismissed with prejudice, in accordance with Fed. R. Civ. P. 41(b). (Doc. # 29). No objections have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report

and Recommendation is **ACCEPTED.** (Doc. # 29). Therefore, this action is **DISMISSED** with prejudice, in accordance with Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED**

                                                                 ____s/Terry L. Wooten____
                                                            United States District Judge

May 27, 2011
Florence, South Carolina